**DISMISS; and Opinion Filed December 16, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01058-CV

**ANDRES ALMARAZ, Appellant**

**V.**

**BOKF, N.A., A NATIONAL BANKING ASSOCIATION
D/B/A BANK OF OKLAHOMA, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-14-03550-E**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Lang-Miers

Before the Court is appellant's agreed notice of dismissal. Appellant has informed the Court that he no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

141058F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANDRES ALMARAZ, Appellant

No. 05-14-01058-CV        V.

BOKF, N.A., A NATIONAL
BANKING ASSOCIATION
D/B/A BANK OF OKLAHOMA, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas.
Trial Court Cause No. CC-14-03550-E.
Opinion delivered by Justice Lang-Miers.
Justices Bridges and Myers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee BOKF, N.A., A NATIONAL BANKING ASSOCIATION D/B/A BANK OF OKLAHOMA recover its costs of this appeal from appellant ANDRES ALMARAZ.

Judgment entered this 16th day of December, 2014.